Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(800) 375-5956

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erik Jason Meister, | Case No. 2:18-cv-02779-AC |
| Plaintiff, | **Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [~~Proposed~~] Order** |
| vs. | |
| Nancy A. Berryhill, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines. She has no one else to whom she can delegate the work. She needs additional time to complete the brief.

2. Plaintiff's counsel has emailed Marcelo N. Illarmo, Esq., defendant's counsel. Mr. Illarmo has indicated that he is agreeable to a 60- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on May 27, 2019, Defendant's reply brief on June 26, 2019, and Plaintiff's optional response brief on July 17, 2019.
Case No. 2:18-cv-02779-AC       1

STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

Respectfully submitted,

Dated: March 22, 2019
/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: March 22, 2019
/s/ Marcelo N. Illarmo
MARCELO N. ILLARMO
Special Assistant United States Attorney
(*By email authorization on March 21, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 25, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE