Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(800) 375-5956

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Erik Jason Meister, | Case No. 2:18-cv-02779-AC |
|---|---|
| Plaintiff, | **Stipulation of 14- Day Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [Proposed] Order** |
| vs. | |
| Nancy A. Berryhill, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has been steadily working on the brief but has been ill and has been unable to complete it. She needs a short extension of time to finish it.
2. Plaintiff's counsel has emailed Marcelo N. Illarmo, Esq., defendant's counsel. Mr. Illarmo has indicated that he is agreeable to a 14- day extension of time for counsel to prepare her brief.
3. Should the request be granted, Plaintiff's brief will be due on June 10, 2019, Defendant's reply brief on July 25, 2019, and Plaintiff's optional response brief on August 15, 2019.

Respectfully submitted,

Dated: May 28, 2019

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: May 28, 2019

/s/ Marcelo N. Illarmo
MARCELO N. ILLARMO
Special Assistant United States Attorney
(*By email authorization on May 28, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 30, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE