Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
(415) 397-5446
(707) 312-8271

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erik Jason Meister,<br><br>    Plaintiff,<br><br>vs.<br><br>Andrew M. Saul[1], Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-02779-AC<br><br>**Stipulation of 7 Day Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [Proposed] Order** |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel had a family emergency last week which required travel out of town and coordination of care from hospitalization to rehabilitation. She was unable to complete the brief and needs a short extension of time to finish it.

2. Plaintiff's counsel has emailed Marcelo N. Illarmo, Esq., defendant's counsel. On behalf of the commissioner, Patrick Snyder, Esq., has indicated that he is agreeable to a 7- day extension of time for counsel to prepare her brief.

---

[1] As of June 4, 2019, Andrew M. Saul is the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as Defendant. No further action needs to be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Case No. 2:18-cv-02779-AC     1
STIPULATION OF 7 DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER

3. Should the request be granted, Plaintiff's brief will be due on June 17, 2019, Defendant's reply brief on August 1, 2019, and Plaintiff's optional response brief on August 22, 2019.

Respectfully submitted,

Dated: June 10, 2019

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: June 10, 2019

/s/ Marcelo N. Illarmo
MARCELO N.ILLARMO as authorized by
PATRICK SNYDER
Special Assistant United States Attorney
(*By email authorization on June 10, 2019)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 11, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE