McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK JASON MEISTER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-02779-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME ~~TO RESPOND TO PLAINTIFF'S SETTLEMENT REQUEST~~ |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that Defendant shall have a first extension of time of 61 days to respond to Plaintiff's motion for summary judgment. With this extension:

- Defendant shall serve and file a responsive brief on or before September 16, 2019; and

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. & Prop. Order for Ext.;  Case 2:18-cv-02779-AC    1

- Plaintiff may serve and file a reply within 21 days of service of defendant's responsive brief (on or before October 7, 2019).

Defendant respectfully requests this additional time because additional time is needed to respond to the motion due to undersigned counsel's workload, including 7 district court briefs due in July and 14 district court briefs due in August. In addition, counsel will be on leave from July 19 through July 30.

                                                Respectfully submitted,

Dated: July 16, 2019

*/s/ Geri Kahn\**
(*as authorized via e-mail on 7/16/19)
GERI KAHN
Attorney for Plaintiff

Dated: July 16, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: July 16, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE